CEM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -5 AM 9:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate's Case No. 08 MJ 0325 |
| vs. | COMPLAINT FOR VIOLATION OF |
| Jose CANO-Valencia | 21 U.S.C. 952 and 960 |
| | Importation of a Controlled Substance |

The undersigned complainant, being duly sworn, states:

## COUNT ONE

That on or about February 4, 2008, within the Southern District of California, defendant Jose CANO-Valencia, did knowingly and intentionally import approximately 14.70 kilograms of methamphetamine, a Schedule II Controlled Substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of probable cause, which is incorporated herein by reference.

_____
Signature of Complainant
Molly Reeve, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this __5th__ day of February 2008.

_____
United States Magistrate Judge

Page 1

**United States of America**

vs.

**Jose CANO-Valencia**

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Molly Reeve, declare under penalty of perjury the following is true and correct:

On February 4, 2008, at approximately 0540 hours, Jose CANO-Valencia entered the United States from the Republic of Mexico at the Otay Mesa Port of Entry, San Diego, California. CANO was the driver of a 2000 Chrysler Sebring bearing California license plate 8L89938. U.S. Customs and Border Protection Officer (CBPO) Fuchs was working pre-primary inspections when the vehicle entered the U.S. CBPO Fuchs contacted CANO and received two negative Customs declarations. CBPO Fuchs conducted a systematic inspection of the vehicle and discovered a non-factory compartment in the trunk.

In the secondary inspection area CBP Canine Enforcement Officer (CEO) Smithson screened the vehicle with his Narcotic Detector Dog (NDD) Echo. NDD Echo alerted to the presence of a narcotic odor emanating from trunk of the vehicle.

CBPO Fuchs drilled into the non-factory compartment in the trunk and extracted a white crystalline substance which field tested positive for methamphetamine.

During a systematic inspection of the vehicle, CBPO Walker discovered packages wrapped in cellophane concealed within a non-factory compartment in the trunk. CBPO Walker removed a total of thirteen packages with a combined total weight of 14.70 kilograms.

Post-Miranda, CANO admitted he was to be paid approximately $2000.00 USD to deliver the vehicle to Downey, CA. CANO stated that he knew the vehicle contained narcotics. CANO stated that he was supposed to deliver the vehicle to a Carl's Jr. restaurant at the Florence Ave. exit in Downey, CA. CANO admitted that he had delivered narcotics to the same location on ten previous occasions.

Jose CANO was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.