FILED

08 MAR -5 PM 3:18

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>     v.                           )<br>                                  )<br>JOSE CANO-VALENCIA,               )<br>                                  )<br>          Defendant.              )<br>_____) | Criminal Case No. '08 CR 0643 DMS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |

The grand jury charges:

Count 1

On or about February 4, 2008, within the Southern District of California, defendant JOSE CANO-VALENCIA did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 14.70 kilograms (32.34 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:fer:San Diego
2/29/08

<u>Count 2</u>

On or about February 4, 2008, within the Southern District of California, defendant JOSE CANO-VALENCIA did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 14.70 kilograms (32.34 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 5, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney