1 **STEVEN E. FELDMAN**
California Bar No. 56979
2 LAW OFFICES OF STEVEN E. FELDMAN
934 23rd Street
3 San Diego, CA  92102
(619) 232-8649
4

Attorney for Defendant **CANO-VALENCIA**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr0643 DMS |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR DISCOVERY and MOTION FOR LEAVE TO FILE FURTHER MOTIONS** |
| v. | |
| JOSE CANO-VALENCIA, | Date:  April 25, 2008 |
| Defendant | Time:  11:00 a.m. |

Please take notice that on Friday, April 25, 2008, at 11:00 a.m., or as soon thereafter as the matter may be heard, defendant, Jose Cano-Valencia will move the court for an order granting discovery and for leave to file additional motions as necessary.

This motion is based upon the attached Points and Authorities and such other matters as may be presented at the hearing.

Respectfully submitted,

Dated: March 18, 2008         s/*Steven E. Feldman*
                              Attorney for Cano-Valencia
                              sfeldman77@san.rr.com