**STEVEN E. FELDMAN**
California Bar No. 56979
LAW OFFICES OF STEVEN E. FELDMAN
934 23rd Street
San Diego, CA 92102
(619) 232-8649

Attorney for Defendant **CANO-VALENCIA**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0643 DMS |
| Plaintiff, ) | |
| ) | **JOINT MOTION TO CONTINUE** |
| v. ) | **MOTION'S HEARING AND TRIAL** |
| ) | **SETTING** |
| JOSE CANO-VALENCIA, ) | |
| Defendant ) | |

Jose Cano-Valencia, by and through his attorney, Steven E. Feldman, jointly moves with Assistant United States Attorney, Steve Miller, Counsel for the Government, to continue the motion's setting hearing presently set for hearing on Friday, April 25, 2008, at 11:00 a.m., and to continue this hearing until June 13, 2008, at 11:00 a.m.

The parties are requesting this continuance to permit further negotiations and discussions amongst each other for the purpose of arriving at a resolution of the case.

For the foregoing reasons the parties jointly request that a motions setting hearing and trial setting be continued until Friday, April 25, 2008, at 11:00 a.m.

                Respectfully submitted

Dated: April 11, 2008         s/*Steven E. Feldman*
                Attorney for Cano-Valencia
                sfeldman77@san.rr.com

Dated: April 11, 2008

                                    s/*Steve Miller*
                                    Assistant United States Attorney

08cr0643