**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0643 DMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| JOSE CANO-VALENCIA | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN E. FELDMAN, am a citizen of the United States and am at least eighteen years of age. My business is located at 934 23rd Street, San Diego, California 92102.

I am not a party to the above-entitled action. I have caused service of the:

**JOINT MOTION TO CONTINUE MOTION'S HEARING AND TRIAL SETTING**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Steve Miller, Esq.
   Assistant United States Attorney
   880 Front Street, Room 6293
   San Diego, California 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2008        *s/Steven E. Feldman*
                                   Attorney for Defendant CANO-VALENCIA
                                   sfeldman77@san.rr.com