UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0643 -DMS |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION'S HEARING AND TRIAL SETTING** |
| CANO-VALENCIA, Jose | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the motion's setting hearing and trial setting be continued until Friday, June 13, 2008, at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: April 14, 2008

_____
HON. DANA M. SABRAW
United States District Judge